UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY TUCKER, ON BEHALF OF
HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

          Plaintiffs,

v.

KUBOTA TRACTOR CORPORATION,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 1:23-cv-09855

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, KUBOTA TRACTOR CORPORATION.

Dated: New York, New York
       December 14, 2023

**GOTTLIEB & ASSOCIATES**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge
December 15, 2023